UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br><br>                             Plaintiff,<br><br>v.<br><br>VINCETTA INVESTORS, LLC, et al.,<br>                          Defendants. | Case No.:  17-cv-00912-JAH-JLB<br><br>**NOTICE AND ORDER FOR IN PERSON EARLY NEUTRAL EVALUATION CONFERENCE** |

IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case with parties present will be held in person on <u>**January 16, 2018**</u>, at <u>**1:45 PM**</u> in the Chambers of Magistrate Judge Jill L. Burkhardt, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Suite 5140, San Diego, California 92101.

The following are **mandatory** directions for the parties preparing for the Early Neutral Evaluation Conference.  **Absent express permission obtained from this Court, and notwithstanding the pendency of any motion, counsel shall <u>timely</u> comply with the dates and deadlines ordered herein**.

     1.    <u>**Purpose of Conference**</u>:  The purpose of the Early Neutral Evaluation Conference ("ENE") is to permit an informal discussion between the attorneys, parties, and the settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the case.  All conference discussions will be informal, off the record, privileged and

confidential. Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.

2.  **Personal Appearance of Parties Required**: All parties, adjusters for insured defendants, and other representatives of a party having full settlement authority as explained below, and the principal attorneys responsible for the litigation, must be present **in person** and legally and factually prepared to discuss settlement of the case. Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be cause for immediate imposition of sanctions and may also result in the immediate termination of the conference. If each of the principal attorneys responsible for the litigation are not listed on the docket as an "*ATTORNEY TO BE NOTICED*," then they each shall enter their appearance on the docket as soon as practicable, but in no event later than **ten calendar days** prior to the ENE conference.

Unless there are extraordinary circumstances, persons required to attend the conference pursuant to this Order shall not be excused from personal attendance. **Requests for excuse from attendance for extraordinary circumstances shall be filed as a motion at least ten calendar days prior to the conference.** Failure to appear at the ENE conference will be grounds for sanctions.

3.  **Full Settlement Authority Required**: In addition to counsel who will try the case, a party or party representative with full settlement authority[1] must be present for the conference. In the case of an entity, an authorized representative of the entity who is not retained outside counsel must be present and must have discretionary authority to commit

---

[1] "Full settlement authority" means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference contemplates that the person's view of the case may be altered during the face to face conference. *Id*. at 486. A limited or a sum certain of authority is not adequate. *See Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595-97 (8th Cir. 2001).

the entity to pay an amount up to the amount of the Plaintiff's prayer (excluding punitive damages prayers). The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior. **Counsel for a United States government entity** may be excused from this requirement so long as the government attorney who attends the ENE conference (1) has primary responsibility for handling the case, and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority.

4. **Formal Discovery**: Based upon the Court's familiarity with these matters and in the interest of promoting the just, efficient and economical determination of this action, all formal discovery shall be stayed in this case until the completion of the Early Neutral Evaluation Conference set herein;

5. **ENE Statements and In Person Meet and Confer Required**: Twenty-one days prior to the Early Neutral Evaluation Conference, Plaintiff's counsel shall lodge with Magistrate Judge Burkhardt's chambers via e-mail at efile_Burkhardt@casd.uscourts.gov and serve on opposing counsel a statement, **not in excess of two pages**, including:

(a) An itemized list of the specific issues on the subject premises which are the basis of the claimed violations under the Americans with Disabilities Act;

(b) A statement of the amount and category of damages claimed by Plaintiff in this action;

(c) The amount claimed for attorney's fees and costs;

(d) Plaintiff's demand for settlement of the case in its entirety; and,

(e) Plaintiff's statement shall include as an attachment, any expert or consultant report regarding the premises and the alleged violations. Plaintiff's counsel shall also be prepared to present for in camera review documentation in support of the amount of attorney's fees and costs claimed.

After service of Plaintiff's statement and no later than fourteen days prior to the Early Neutral Evaluation Conference (whether or not Plaintiff's statement is served),

counsel for the parties, and any unrepresented parties, **shall meet and confer in person at the subject premises** regarding settlement of (a) alleged premise violations, and (b) damages, costs, and attorney fee claims.  Plaintiff's counsel shall be responsible to make arrangements for the conference.  **The meet and confer obligation <u>cannot</u> be satisfied by telephone or by the exchange of letters.**

No later than five court days prior to the Early Neutral Evaluation Conference, counsel shall lodge with Magistrate Judge Burkhardt's chambers via e-mail to efile_Burkhardt@casd.uscourts.gov a **joint statement no longer than two pages**, certifying that the required in-person conference between counsel has taken place and setting forth the results of the meet and confer, any settlement demands and/or offers exchanged, and the issues remaining to be discussed at the Early Neutral Evaluation Conference (such as property issues, damages, and attorney's fees and costs).   The statement shall also list all attorney and non-attorney conference attendees for that side, including the name(s) and title(s)/position(s) of the party/party representative(s) who will attend and have settlement authority at the conference.  ENE statements shall be timely lodged notwithstanding the pendency of any motion.

Requests to lodge additional confidential statements outlining the nature of the case, the claims, the defenses, and the parties' positions regarding settlement of the case may be directed to Judge Burkhardt's law clerk at (619) 557-6624.

6.    **New Parties Must Be Notified by Plaintiff's Counsel**:  Plaintiff's counsel shall give notice of the ENE to parties responding to the complaint after the date of this notice.

7.    **Case Management Under the Amended Federal Rules**:  In the event the case does not settle at or before the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

(a)    Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

(b)     The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

(c)     The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

(d)     The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an appropriate order addressing these issues and setting dates as appropriate.

After having reviewed Judge Burkhardt's Civil Chambers Rules, appropriate questions regarding this case may be directed through a joint call by the parties to Judge Burkhardt's law clerk at (619) 557-6624.  For additional information, please consult Judge Burkhardt's Civil Chambers' Rules, available on the Court's website.

If the case does not settle before or at the ENE, the court will issue a scheduling order setting deadlines for completing discovery and dates for other pre-trial proceedings.

**The failure of any party to comply with the procedures set forth in this order shall result in the imposition of sanctions.**

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

Dated:  December 12, 2017

Hon. Jill L. Burkhardt
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROY DAVIS GASH,

Plaintiff(s)

v.

VINCETTA INVESTORS, LLC, et al.,

Defendant(s)

Case No.:  17-cv-00912-JAH-JLB

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Jill L. Burkhardt, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_____
Date

_____
United States District Judge